**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

|  |  |  |
|---|---|---|
| BERNARDO GUERRERO GONZALEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-03073-MSN-cgc |
| | ) | |
| WARDEN / FACILITY DIRECTOR, WEST TENNESSEE DETENTION FACILITY, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

---

## ORDER TO SHOW CAUSE

---

On November 24, 2025, Bernardo Guerrero, Jr. ("Mr. Guerrero") filed (1) a *pro se* petition under 28 U.S.C. § 2241 on behalf of his father, Bernardo Guerrero Gonzalez ("Mr. Gonzalez") (ECF No. 1, "Petition") and (2) a motion for leave to proceed *in forma pauperis* on behalf of Mr. Gonzalez (ECF No. 3, "IFP Motion.")   On January 13, 2026, Mr. Guerrero filed an Emergency Motion Requesting Status Update and Expedited Review of Habeas Corpus Petition.   (ECF No. 5, "Emergency Motion.")   This Court then entered an Order (ECF No. 6) denying the IFP Motion and concluding that Mr. Guerrero was not then authorized to act in next friend status for Mr. Gonzalez.   In that Order, the Court provided two options: either (1) Mr. Guerrero could justify his next-friend status assertion under *Whitmore v. Arkansas*, 495 U.S. 149 (1990), accompanied by a proper IFP motion or the filing fee, or (2) Mr. Gonzalez could resubmit the Petition on his own behalf accompanied by a proper IFP motion or the filing fee.   (ECF No. 6 at PageID 41–42.) Failure to do either of those things, the Court warned, would put "appropriate sanctions" on the table, "up to and including dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)."   (*Id.* at PageID 42.)

To date, none of the actions described above have been taken in the almost five months since the Court's Order. Accordingly, Petitioner is hereby **ORDERED** to **SHOW CAUSE**, within twenty-one (21) days of the entry of this Order, why this matter should not be dismissed without prejudice for failure to prosecute. Petitioner may either take the steps described in the Court's January 20, 2026 Order (ECF No. 6) or otherwise respond to this Order showing good cause for the delay in compliance. ***Failure to comply with this Order in a timely manner will result in a judgment dismissing this action without further notice.***

**IT IS SO ORDERED**, this 17th day of June, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE